**LAWRENCE HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIM CAIN, individually and as a representative of a class of participants and beneficiaries on behalf of the Siemens Savings Plan,<br><br>*Plaintiff*,<br><br>v.<br><br>SIEMENS CORPORATION,<br><br>*Defendants*. | Civil Action No.<br><br>2:24-cv-08730-CCC-MAH |

## NOTICE OF APPEAL

1

Notice is hereby given that Plaintiff Jim Cain, individually and as the representative of a class of participants and beneficiaries on behalf of the Siemens Savings Plan, appeals to the United States Court of Appeals for the Third Circuit the District Court's Opinion and Order dismissing the First Amended Complaint that was entered on July 31, 2025 (ECF No. 38).

Dated:  August 11, 2025

/s/Lawrence C. Hersh
Lawrence C. Hersh
17 Sylvan Street, Suite 102B
Rutherford, New Jersey 07070
Telephone (201) 507-6300
Facsimile (201) 507-6311
lh@hershlegal.com
*Attorney for Plaintiff*